UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MICHELLE HAYMORE and ANDREW GRANT HAYMORE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:25-cv-1496 DAD AC PS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 5) |

Plaintiffs initiated this civil action by filing a complaint on December 13, 2024, and are proceeding *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On August 1, 2025, the assigned magistrate judge screened plaintiffs' complaint and determined it to be deficient because it is legally frivolous, fails to state a claim upon which relief can be granted, and sues defendants who are immune from suit. (Doc. No. 5–7.) The magistrate judge also concluded that given the nature of the obvious deficiency of plaintiffs' complaint, the granting of leave to amend would be futile. (*Id.* at 7.) Accordingly, the magistrate judge Recommended that that this action be dismissed without leave to amend for failure to state a claim and frivolity. (*Id.* at 8.)

/////

The findings and recommendations were served on plaintiffs at their address of record and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 8.) Plaintiffs have not filed any objections to those findings and recommendations and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued August 1, 2025 (Doc. No. 5), are adopted in full; and
2. Plaintiffs' complaint (Doc. No. 1) is DISMISSED for failure to state a claim and frivolity; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although the findings and recommendations were served on plaintiffs at their address of record, they were returned to the court on November 18, 2025 and December 2, 2025, as undeliverable. Thus, it also appears that plaintiffs have failed to keep the court apprised of their current address as required by the Local Rules of this court.